

B3A Application(12/07)          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court

Northern **District of** Illinois

In re Ortiz, David M.                                  Debtor(s)     Case No. _08-20967_

Chapter   7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to
    in installments.
2.  I am unable to pay the filing fee except in installments.
3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney
    or any other person for services in connection with this case.
4.  I propose the following terms for the payment of the Filing Fee*

> **F I L E D**
> UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF ILLINOIS
>
> AUG 1 1 2008
>
> KENNETH S. GARDNER, CLERK

    $ _75.00_   Check one        ☒ With the filing of the petition, or
                                 ☐ On or before

    $ _75.00_  on or before _9/11/08_
    $ _75.00_  on or before _10/11/08_
    $ _74.00_  on or before _11/11/08_

    * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than
    120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last
    installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installments when due, my bankruptcy case may be dismissed and I may not receive a
    discharge of my debts.

| _____ | _____ | David M. Ortiz | 8/11/08 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor | Date |
| | | (In a joint case, both spouses must sign.) | |

Name of Attorney

_____     _____
Signature of Joint Debtor (if any)       Date

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
## PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information
required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11
U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice
of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required
by that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in
full.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by
                                                                              11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of
the officer, principal, responsible person, or partner who signs this document.*
Address:

X_____     _____
     Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

B3A Order (10/06)                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**United States Bankruptcy Court**                    Northern **District of** Illinois

In re Ortiz, David M.                         Debtor(s)    Case No. 08-20967

                                                          Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____        Check one    ☐  With the filing of the petition, or
                              ☐  On or before
$ _____        on or before
$ _____        on or before
$ _____        on or before

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer an additional property to an attorney or any other person for services in connection with this case.

                                        BY THE COURT

**AUG 11 2008**

Date: _____              **KENNETH S. GARDNER**
                                   **Clerk, U.S. Bankruptcy Court**

                                   _____
                                   *United States Bankruptcy Judge*